The record is brought forward on appeal without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed and no motion for rehearing will be permitted to be filed.

## MALMSTROM v. STATE.

### No. 27056.

Court of Criminal Appeals of Texas.

June 23, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for driving a motor vehicle while license to operate a motor vehicle was suspended; the punishment, 30 days in jail and a fine of $150.

Appellant waived trial by jury and entered his plea of guilty befort the court.

## DAVIS v. STATE.

### No. 27073.

Court of Criminal Appeals of Texas.

June 23, 1954.

No attorney on appeal for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway

while under the influence of intoxicating liquor. The punishment assessed is a fine of $300 and confinement in the county jail for a period of seven days.

The record is before us without a statement of facts of bills of exception, and all matters of procedure appear regular. Therefore, nothing, is presented for review.

The judgment of the trial court is affirmed, and no motion for rehearing will be permitted to be filed.